UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS FIGUEROA,

    Plaintiff,

-vs-                                  CASE NO.: 8:15-CV-02381-VMC-TBM

BANK OF AMERICA, N.A.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, CARLOS FIGUEROA, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant BANK OF AMERICA, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERIVCE

    I HEREBY CERTIFY that on this 20th day of June, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                                        */s/ David Mitchell*_____
                                                        David P. Mitchell, Esquire
                                                        Consumer Protection Department
                                                        MANEY & GORDON, P.A.
                                                        5402 Hoover Boulevard
                                                        Tampa, Florida 33634
                                                        Telephone: (813) 888-6700
                                                        Fax: (813) 454-2819
                                                        Attorneys for Plaintiff